# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

# DIVISION II

| | |
|---|---|
| In the Matter of the Personal Restraint of:<br><br>ZENAS MARQUIS MARTINEZ,<br><br>                       Petitioner. | No. 54102-5-II<br><br><br><br>UNPUBLISHED OPINION |

VELJACIC, J. — Zenas Martinez seeks relief from personal restraint imposed following his 2008 plea of guilty in adult court to assault in the first degree and unlawful possession of a firearm in the second degree, crimes he committed when he was 16 years old. The trial court imposed a standard range sentence of 207 months. He seeks resentencing for the trial court to consider the mitigating qualities of youth under *State v. Houston-Sconiers*, 188 Wn.2d 1, 391 P.3d 409 (2017); *In re Pers. Restraint of Ali*, 196 Wn.2d 220, 474 P.3d 507 (2020), *cert. denied*, 141 S. Ct. 1754 (2021); and *In re Pers. Restraint of Domingo-Cornelio*, 196 Wn.2d 255, 474 P.3d 524 (2020), *cert. denied*, 141 S. Ct. 1753 (2021). The State concedes that Martinez is entitled to be resentenced under *Ali* and *Domingo-Cornelio*. We accept the State's concession and remand Martinez's judgment and sentence to the trial court for resentencing.

A majority of the panel having determined that this opinion will not be printed in the Washington Appellate Reports, but will be filed for public record in accordance with RCW 2.06.040, it is so ordered.

_____
Veljacic, J.

We concur:

_____
Maxa, J.

_____
Glasgow, A.C.J.